**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Jerry L. Sewell, Assignee of Physicians Reliance Association, Inc. By and Through Its Chapter 7 Trustee James R. Marshall | § | |
| | § | **CIVIL ACTION NUMBER** |
| *versus* | § | |
| Bahram Shah-Hosseini, M.D. | § | **MISC 05 -159ML** |

**ABSTRACT OF JUDGMENT**

| | |
|---|---|
| **Date Judgment Entered:** | 1/28/2004 |
| **Judgment in Favor of:** | Jerry L. Sewell |
| **Judgment Against:** | Bahram Shah-Hosseini, M.D. |
| **Amount of Judgment:** | $ 5088.14 |
| **Amount of Costs:** | $ |
| **Rate of Interest:** | 1.22% |
| **Amount of Credits Since Judgment:** | $ |
| **Amount Due:** | $ 5088.14 |

**The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.**

**, Clerk**

**DATED:** 11-17-05 **By:** [signature]
**Deputy Clerk**

**SDTX (abstjdm) 07/13/98**